# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10691-AMC

JERMAINE ELLIOTT

5414 LANCASTER AVENUE

PHILADELPHIA, PA 19131

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JERMAINE ELLIOTT

    5414 LANCASTER AVENUE

    PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

Date: 5/16/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee