LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY:   MARY F. KENNEDY
ID#   77149
1310 INDUSTRIAL BLVD.
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 Proceeding |
|---|---|
| Jermaine Elliott | Bankruptcy No. 19-10691 MDC |
| Debtor(s) | |

PRAECIPE TO RELIST MOTION FOR RELIEF FROM STAY HEARING

TO THE COURT:

Kindly relist for hearing the Motion for Relief from Stay filed by Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania.  Please relist the hearing date for July 20, 2019, at 11:00 am. The parties have been unable to complete the settlement agreement within thirty (30) days.

BY: /s/ Mary F. Kennedy, Esquire

Dated:  July 8, 2019