LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY:    MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 INDUSTRIAL BLVD.
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 Proceeding |
|---|---|
| Jermaine Elliott | 19-10691 MDC |
| Debtor(s) | |

## CERTIFICATION OF SERVICE

MARY F. KENNEDY, counsel for of Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania, hereby certifies that a copy of the foregoing Praecipe to Relist and Amended Notice of Hearing was served upon the following persons by regular first-class mail, postage prepaid, on this 8th   day of   July, 2019:

| | |
|---|---|
| Bradley E. Alllen, Esquire | William C. Miller, Esquire |
| Law Offices of Bradley Allen | Chapter 13 Trustee |
| 7711 Castor Avenue | P.O. Box 1229 |
| Philadelphia, PA 19152 | Philadelphia, PA 19105 |
| Attorney for Debtor(s) | Trustee |
| | |
| Jermaine Elliott | Office of the United States Trustee |
| 5414 Lancaster Avenue | 833 Chestnut Street |
| Philadelphia, PA 19131 | Suite 500 |
| Debtor(s) | Philadelphia, PA 19107 |

LAW OFFICE OF GREGORY JAVARDIAN, LLC

By: /s/ Mary F. Kennedy, Esquire