# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Jermaine Elliott**  
Debtor(s)

Case No.  **19-10691/amc**  
Chapter  **13**

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019 a copy of the Notice of Application for Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to the Trustee and all creditors listed below.

Electronic mail to:

Kevin McDonald on behalf
of Lakeview Loan Servicing

Rebecca Ann Solarz on behalf
of Lakeview Loan Servicing

Mary F. Kennedy on behalf of
Citizens Bank

William C. Miller, Chapter 13 Trustee

US Trustee

Regular mail to:

Jermaine Elliott
5414 Lancaster Ave.
Philadelphia, PA 19131

Water Revenue Bureau
c/o City of Philadelphia, law Dept.
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102-1595

Lakeview Loan Servicing, LLC
c/o M & T Bank
PO Box 840
Buffalo, NY  14240-0840

Citizens Bank
10561 Telegraph Rd.
Glen Allen, VA 23059

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242  Fax:215-725-8288**
**bealaw@verizon.net**