# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Jermaine Elliott**　　　　　　　　　　　　　　　　　　　Case No.　**19-10691/amc**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter　**13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019 a copy of the Proof of Claim of attorney's fees was served electronically or by regular United States mail to the Trustee and all creditors listed below.

Electronic mail to:

　　　　　　　　　　William C. Miller, Chapter 13 Trustee

　　　　　　　　　　US Trustee

Regular mail to:

　　　　　　　　　　Jermaine Elliott
　　　　　　　　　　5414 Lancaster Ave.
　　　　　　　　　　Philadelphia, PA 19131


　　　　　　　　　　　　　　　　　　　　**/s/ Bradly E. Allen, Esquire**

　　　　　　　　　　　　　　　　　　　　**Bradly E. Allen**
　　　　　　　　　　　　　　　　　　　　**7711 Castor Avenue**
　　　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19152**
　　　　　　　　　　　　　　　　　　　　**215-725-4242　Fax:215-725-8288**
　　　　　　　　　　　　　　　　　　　　**bealaw@verizon.net**