# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10691-AMC

JERMAINE ELLIOTT

5414 LANCASTER AVENUE

PHILADELPHIA, PA 19131

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JERMAINE ELLIOTT

5414 LANCASTER AVENUE

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Date: 9/19/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee