# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**                                          Case No. **19-10691/amc**
                          Debtor(s)                                 Chapter **13**

## AMENDED
## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019 a copy of the 2nd Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and all creditors listed below.

Electronic mail to:

Kevin McDonald
on behalf of Lakeview Loan Servicing

Rebecca Ann Solarz
on behalf of Lakeview Loan Servicing

Mary F. Kennedy
on behalf of Citizens Bank

William C. Miller, Chapter 13 Trustee

US Trustee

Regular mail to:

Jermaine Elliott
5414 Lancaster Ave.
Philadelphia, PA 19131

Water Revenue Bureau
c/o City of Philadelphia
1401 JFK Blvd.
Philadelphia, PA 19102

Lakeview Loan Servicing, LLC
c/o M & T Bank
PO Box 840
Buffalo, NY 14240-0840

Citizens Bank
10561 Telegraph Rd.
Glen Allen, VA 23059


/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**