# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jermaine Elliott<br>    Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>    Movant<br>    vs.<br>Jermaine Elliott<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 19-10691 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

  Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **May 13, 2019, docket number 23**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

October 25, 2019