# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Jermaine Elliott, Debtor(s)

Case No. 19-10691/amc
Chapter 13

## ORDER

AND NOW, this ___ day of _____, 2019 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $1,890.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition. The balance of attorney's fees of $1,110.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee in accordance with debtor's Chapter 13 Plan

Dated: **January 16, 2020**

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge