```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-10691-amc
Jermaine Elliott                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD           Page 1 of 1             Date Rcvd: Jan 16, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db             +Jermaine Elliott,    5414 Lancaster Avenue,    Philadelphia, PA 19131-3515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Jermaine   Elliott bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Jermaine Elliott, Debtor(s)

Case No. 19-10691/amc
Chapter 13

## ORDER

AND NOW, this ___ day of ___, 2019 it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $1,890.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition. The balance of attorney's fees of $1,110.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee in accordance with debtor's Chapter 13 Plan

Dated: **January 16, 2020**

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge