**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>JERMAINE ELLIOTT | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 19-10691-ELF |

# **O R D E R**

**AND NOW**, this \_\_\_\_27th\_\_\_\_ day of \_\_\_\_\_September\_\_\_\_\_, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILADELPHIA,, PA 19152-

Debtor:
JERMAINE ELLIOTT

5414 LANCASTER AVENUE

PHILADELPHIA, PA 19131