United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10691-elf |
| Jermaine Elliott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jermaine Elliott, 5414 Lancaster Avenue, Philadelphia, PA 19131-3515 |
| 14388317 | + | Bradly E. Allen, Esqquire, 7711 Castor Ave., Philadelphia, PA 19152-3601 |
| 14287540 | + | Citizen Bank, NA, c/o Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14268349 | + | Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14268351 | + | Gregory Javardian, Esquire, 1310 Industrial Boulevard, Suite #101, Southampton, PA 18966-4030 |
| 14272930 | + | M& T Bank for Lakeview, Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14268356 | + | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14627362 | + | Penn Jersey Paper Co., c/o R.H.K. Recovery Group, Inc., 1670 Old Country Road, Ste 202, Plainview, NY 11803-5020 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14268350 | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | City of Philadelphia - Law Dept, 1401 JFK Blvd., Philadelphia, PA 19102 |
| 14360939 | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14301000 | ^ | MEBN | Sep 27 2022 23:38:59 | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14268347 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2022 23:45:25 | Chase, Cardmember Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14268352 | ^ | MEBN | Sep 27 2022 23:39:04 | KML Law Group, Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14268353 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2022 23:42:00 | Lakeview Loan Servicing, 4425 Ponce Deleon Blvd., Coral Gables, FL 33146-1837 |
| 14307424 | ^ | MEBN | Sep 27 2022 23:38:57 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14268354 | | Email/Text: camanagement@mtb.com | Sep 27 2022 23:42:00 | M & T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14306213 | + | Email/Text: camanagement@mtb.com | Sep 27 2022 23:42:00 | M&T Bank, PO Box 1508, Buffalo, NY |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 14240-1508 |
| 14268355 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2022 23:45:22 | One Main Financial, 7512 Frankford Avenue, Philadelphia, PA 19136-3507 |
| 14307713 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:45:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14268348 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2022 23:42:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14276850 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2022 23:45:21 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14268357 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:42:00 | T-Mobile, C/O Midland Funding, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 14268358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2022 23:45:33 | The Home Depot, Credit Services, P. O. Box 790328, St. Louis, MO 63179-0328 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

**Name** — **Email Address**

BRADLY E ALLEN
on behalf of Debtor Jermaine Elliott bealaw@verizon.net

BRIAN CRAIG NICHOLAS
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MARY F. KENNEDY
on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, coleen@javardianlaw.com;chris.cummins@javardianlaw.com

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Sep 27, 2022 Form ID: pdf900 Total Noticed: 25

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| JERMAINE ELLIOTT | |
| Debtor | Bankruptcy No. 19-10691-ELF |

# ORDER

**AND NOW**, this ___27th___ day of ___September___, 202**2**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILADELPHIA,, PA 19152-

Debtor:
JERMAINE  ELLIOTT

5414 LANCASTER AVENUE

PHILADELPHIA, PA 19131